572

■ The trial court should have sustained appellant's objection to this argument and instructed the jury not to consider it. A prosecutor will not be permitted to inject new facts into the case during the course of his argument and then play upon the prejudices of the jury through the use of these facts which are not a part of the record.

The judgment is reversed and the cause remanded.

■

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile, upon a public highway, while intoxicated, and his punishment was assessed at one year in jail and a fine of $250.

The record in this case fails to show that any notice of appeal was given and entered upon the minutes of the court, in the absence of which this Court is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.

Opinion approved by the Court.

■

## CHILDS v. STATE.

### No. 26544.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

